

1   McGREGOR W. SCOTT
    United States Attorney                           NOV 0 6 2018
2   MATTHEW C. THUESEN
    Assistant United States Attorney           CLERK, U.S. DISTRICT COURT
3   501 I Street, Suite 10-100                 EASTERN DISTRICT OF CALIFORNIA
    Sacramento, CA 95814                       BY _____
4   Telephone:  (916) 554-2700                          DEPUTY CLERK
    Facsimile:  (916) 554-2900
5
                        
6   Attorneys for Plaintiff
    United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of:        CASE NO. 2:18-SW-0907 KJN

12  INFORMATION ASSOCIATED WITH            [PROPOSED] ORDER COMMANDING AT&T
    THAT IS STORED AT PREMISES             CORPORATION NOT TO NOTIFY ANY PERSON
13  CONTROLLED BY AT&T CORPORATION         OF THE EXISTENCE OF WARRANT

14
                                           UNDER SEAL
15

16

17          The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

18  the Court issue an Order commanding AT&T CORPORATION, an electronic communication service

19  provider and/or a remote computing service, not to notify any person (including the subscribers and

20  customers of the account(s) listed in the warrant) of the existence of the attached warrant for a period of

21  180 days from the date of this Order.

22          The Court determines that there is reason to believe that notification of the existence of the

23  attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving

24  targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence,

25  change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

26          IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that AT&T CORPORATION shall

27  not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to

28  any other person, for 180 days from the date of this Order, except that AT&T CORPORATION may

    [PROPOSED] ORDER
                                    1

1  disclose the attached warrant to an attorney for AT&T CORPORATION for the purpose of receiving

2  legal advice.

3        IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

4  ordered by the Court.

5

6

7  Dated:  _Nov. 6, 2018_

8                                        The Honorable Kendall J. Newman
                                         UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28