McGREGOR W. SCOTT
United States Attorney
MATTHEW C. THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAY 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE ACCOUNT PERTAINING TO CELLULAR TELEPHONE IDENTIFIED BY PHONE NUMBER (707) 631-0968 THAT IS STORED AT PREMISES CONTROLLED BY AT&T CORPORATION | CASE NO. 2:18-SW-907 KJN<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANT MATERIALS |

Upon request of the United States and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are hereby ordered, unsealed, except for the affidavit in support of the search warrant application, which shall remain under seal.

IT IS FURTHER ORDERED that the redacted version of the affidavit in support of the search warrant application attached to the United States' Request to Unseal Search Warrant Materials be made part of the record in this case.

IT IS FURTHER ORDERED that the United States may provide a copy of the sealed version of the affidavit in support of the search warrant application to counsel for the defendant in *United States v. Jordan Mouton*, 2:18-cr-264-KJM.

Dated: 5/17/19

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE